| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 2 | |
|   | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | Brian C. Lewis (ILBN 6286715) |
|   | Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200 |
|   | Fax: (415) 436-7234 |
| 7 | E-Mail: brian.lewis@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 02-287 (MHP) |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING TO MARCH 23, 2009 AT 10:00 A.M.** |
| PATRICK T. O'CONNELL, | ) | |
| Defendant. | ) | Next Hearing: March 16, 2009 at 10:00 a.m. |

The parties appeared before the Honorable Maria-Elena James on February 26, 2009 for an initial appearance on alleged violations of supervised release conditions by the defendant. At that time, the parties were scheduled to appear before this Court on March 16, 2009 at 10:00 a.m.

The parties now stipulate and request that this Court order the matter continued to March 23, 2009 at 10:00 a.m. In support of this stipulation and proposed order, the parties state as follows:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR. 02-287 (MHP)

1. On March 10, 2009, U.S. Probation Officer Christine Magnasco suffered a death in her family. The burial is schedule for March 16, 2009, conflicting with the next scheduled hearing in this matter.

2. Probation Officer Magnasco immediately alerted counsel for the government and counsel for the defendant of the conflict. All parties agree and stipulate to continue the hearing until March 23, 2009 to allow Probation Officer Magnasco to participate in the hearing.

IT IS SO STIPULATED.

DATED: March 12, 2009

_Christine Magnasco by BCL_
CHRISTINE MAGNASCO
U.S. Probation Officer

DATED: March 12, 2009

_Dean Johnson by BCL_
DEAN JOHNSON
Counsel for Patrick O'Connell

DATED: March 12, 2009

_Brian C. Lewis_
BRIAN C. LEWIS
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/17/09

Marilyn H. Patel
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR. 02-287 (MHP)                                              -2-